UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Civ. Case No. 9:15-cv-81006-RLR

L&M COMPANIES, INC.,

    Plaintiff,

vs.

MICHAEL J. NAVILIO,

    Defendant.

_____/

**OPPOSITION TO MOTION TO DISMISS**

Plaintiff L&M COMPANIES, INC. ("L&M") hereby files its Opposition to the Motion to Dismiss filed by Defendant MICHAEL J. NAVILIO's ("NAVILIO"), and in support thereof states:

1. On November 3, 2015, the Court entered the following Order:

"PAPERLESS ORDER denying as moot [30] Motion for Default Judgment; granting [31] Motion to Set Aside Default; and vacating the Clerk of the Court's prior entry of default at docket entry 7, however, Defendant is ordered to **answer** Plaintiff's Complaint within 48 hours of the rendition of this Order. Signed by Judge Robin L. Rosenberg on 11/3/2015. (bkd)" [Emphasis supplied].

2. On November 5, 2015, Defendant filed both an Answer and a Motion to Dismiss.

3. The Motion to Dismiss should be denied. Not only does it not cite to a Federal Rule of Civil Procedure, but also it does not include a memorandum of law citing to supporting authority in violation of Local Rule 7.1.

        By:   s/Robert E. Goldman
            Robert E. Goldman, Esq. (FB#740799)
            Robert@goldmanlaw.com
            LAW OFFICE OF ROBERT E. GOLDMAN
            1 East Broward Blvd., Ste. 700
            Fort Lauderdale, FL  33301
            Tel: (954) 745-7450
            Fax: (954) 745-7460
            Attorney for Plaintiff L&M

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system.  I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**VIA CM/ECF**
Joseph Stern, Esq.
stern@ajslegal.com
A Joseph Stern, P.A.
1911 NW 150th Avenue, #203
Pembroke Pines, FL 33028

        By:   s/Robert E. Goldman
            Robert E. Goldman